UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER LAWRENCE GRIFFIN,<br><br>        Plaintiff,<br><br>    v.<br><br>BRANDON PRICE, et al.<br><br>        Defendants. | Case No. 21-cv-07662-SVK<br><br>**ORDER OF TRANSFER** |

Plaintiff's federal civil rights complaint concerns events that occurred at Coalinga State Hospital in Coalinga, California. Coalinga lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and that is where Defendants reside. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall terminate all pending motions and transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: October 12, 2021

                                                          SUSAN VAN KEULEN
                                                          United States Magistrate Judge