# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER LAWRENCE GRIFFIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRICE,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01518-BAM (PC)<br><br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE $402.00 FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Dexter Lawrence Griffin ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　　Plaintiff has neither paid the $402.00 filing fee nor submitted an application to proceed *in forma pauperis* on the appropriate form pursuant to 28 U.S.C. § 1915. While Plaintiff did submit a motion for leave to proceed *in forma pauperis* with his complaint, the application is the one used by a prisoner. (ECF No. 2.)

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk's Office shall send to Plaintiff the attached application to proceed *in forma pauperis* for a **non-prisoner**;

1

2. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* for a **non-prisoner**, or in the alternative, pay the $402.00 filing fee for this action; and

3. **<u>Failure to comply with this order will result in dismissal of this action.</u>**

IT IS SO ORDERED.

Dated:   **October 15, 2021**            /s/ *Barbara A. McAuliffe*
                                                                                                 UNITED STATES MAGISTRATE JUDGE